# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Rover Pipeline, LLC; <br> Energy Transfer LP, <br><br>      Plaintiffs, <br><br>   v. <br><br> Federal Energy Regulatory Commission; <br> Chairman Richard Glick; <br> Commissioner James Danly; <br> Commissioner Allison Clements; <br> Commissioner Mark C. Christie; <br> Commissioner Willie L. Phillips; and <br> Chief Administrative Law Judge Carmen A. Cintron, <br> in their official capacities, <br><br>      Defendants. | Civil Action No. 5:22-CV-00152 <br><br> Hon. John R. Adams |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

Plaintiffs Rover Pipeline, LLC and Energy Transfer LP hereby give notice of the voluntary dismissal of this action under Rule 41(a)(1)(A)(i), Fed. R. Civ. P. The complaint was filed January 28, 2022. Under the federal rules, "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Rule 41(a)(1)(A)(i). No opposing party has been served or made an appearance in this action. Accordingly, "the dismissal is without prejudice." Rule 41(a)(1)(B).

Respectfully submitted,

Dated: January 31, 2022 /s/ *Gregory J. DeGulis*

                 Gregory J. DeGulis (0045705)
                  *Attorney of Record*
                 MCMAHON DEGULIS LLP
                 812 Huron Road, Suite 650
                 Cleveland, OH 44115
                 Telephone: (216) 621-1312
                 Facsimile: (216) 621-0577
                 Email: gdegulis@mdllp.net

*Attorney for Plaintiffs*